[No. 63946-3-I. Division One. November 8, 2010.]

THE STATE OF WASHINGTON, *Respondent*, v. GARY SCOTT KENFIELD, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 08-1-05501-5, Helen Halpert, J., entered August 4, 2009. *Affirmed* by unpublished opinion per Dwyer, C.J., concurred in by Grosse and Appelwick, JJ.

[No. 64024-1-I. Division One. November 8, 2010.]

GERALD R. TARUTIS, *as Guardian*, ET AL., *Appellants*, v. THE CITY OF SEATTLE, *Respondent*.

Appeal from a judgment of the Superior Court for King County, No. 07-2-33883-7, Jim Rogers, J., entered July 31, 2009. *Affirmed in part, reversed in part,* and *remanded* by unpublished opinion per Cox, J., concurred in by Ellington and Schindler, JJ.

[No. 64056-9-I. Division One. November 8, 2010.]

THE STATE OF WASHINGTON, *Respondent*, v. WILLIAM R. HARRIS, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 08-1-07584-9, Michael J. Fox, J., entered September 3, 2009. *Affirmed* by unpublished opinion per Leach, A.C.J., concurred in by Grosse and Ellington, JJ.

[No. 64107-7-I. Division One. November 8, 2010.]

THE STATE OF WASHINGTON, *Respondent*, v. HORACE GLENN GRAHAM, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 08-1-11711-8, Jim Rogers, J., entered July 31, 2009. *Affirmed* by unpublished opinion per Appelwick, J., concurred in by Cox and Lau, JJ.